No. 95–430. SIEMENS ENERGY & AUTOMATION, INC. v. STRAUSBERG, TRUSTEE, ALLIS-CHALMERS CORPORATION PROD-

UCT LIABILITY TRUST. C. A. 2d Cir. Certiorari denied.